# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE FRANK TRIPPETT, : | |
|     Plaintiff, : | |
| : | |
|     v. : | **CIVIL ACTION NO. 16-5467** |
| : | |
| COMMONWEALTH OF PENNSYLVANIA; : | |
| SETH WILLIAMS ESQ, DISTRICT : | |
| ATTORNEY; DETECTIVE RAYMOND : | |
| RODMAN; DETECTIVE WILLIAM : | |
| MCCULLOUGH; POLICE OFFICER J. : | |
| KEARNS; JILL KAMAN; PENN : | |
| PRESBYTERIAN HEART INSTITUTE; : | |
| PENN MEDICINE, HEART INSTITUTE, : | |
| PRESBYTERIAN HOSPITAL; : | |
| ELDA L. GOSS, COMMONWEALTH : | |
| WITNESS : | |
|     Defendants. : | |

## **ORDER**

This 29th day of September, 2017, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED** with prejudice.

 

                                                      /s/ Gerald Austin McHugh
                                                  United States District Judge